**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| *Plaintiff*, | : | Case No. 1:26-cr-25 |
| vs. | : | Judge Jeffery P. Hopkins |
| WALTER EDWARD WADE, | : | |
| *Defendant*. | : | |

**ORDER RELEASING DEFENDANT FROM CUSTODY
TO REPORT FOR INPATIENT TREATMENT**

In accordance with this Court's order (Doc. 38), Defendant Walter E. Wade shall be released from the Butler County Jail on Thursday, May 7, 2026, into the custody of the U.S. Marshals Service and transported to the Potter Stewart U.S. Courthouse to arrive not later than 10:00 a.m. Upon his arrival, Wade will be placed on electronic monitoring by the pretrial services office prior to being transported to Day One Integrative Services, where he will be admitted for residential substance use and behavioral health treatment. Wade will be picked up from the Potter Stewart U.S. Courthouse between 11:00 a.m. and 11:30 a.m. by staff members from Day One.  In addition to the conditions previously ordered, *see* Docs. 24, 38, while in treatment at Day One, Wade shall be subject to a curfew, as directed by the pretrial services office, and to the extent that any aspect of his treatment necessitates off-premises travel, it shall require pre-approval of the pretrial services office.

Prior to release from inpatient treatment, Wade shall contact his pretrial services officer, Keith Manfra, to seek approval of a suitable residence for transition to home incarceration. Wade shall comply with the previously ordered Conditions of Release (Doc.

24), and any amendments stated in this Court's subsequent order (Doc. 38). Staff members at Day One shall notify the pretrial services office immediately should Wade abscond from that facility or violate curfew or any of the terms of his ordered Conditions of Release.

**IT IS SO ORDERED.**

May 5, 2026

Jeffery P. Hopkins
United States District Judge

2