**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| *Plaintiff*, | : | Case No. 1:26-cr-25 |
| v. | : | Judge Jeffery P. Hopkins |
| RICKY SHEPPARD (2), | : | |
| *Defendant*. | : | |

---

## ORDER

---

For good cause, the Court appoints Scott A. Rubenstein, 125 E. Court Street, Suite 1000, Cincinnati, OH 45202, as CJA counsel for Defendant Ricky Sheppard (2) in the above-captioned case effective May 28, 2026. Attorney Edward McTigue is hereby removed as counsel for Defendant Sheppard (2).

**IT IS SO ORDERED.**

May 28, 2026

Jeffery P. Hopkins
United States District Judge